(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | **Northern** District of _____ **Illinois** | |

| Name of Debtor (if individual, enter Last, First, Middle): Jones Leotha A | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): N/A | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. **(if more than one, state all):** 6710 | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. **(if more than one, state all):** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1632 E 83rd Place Apt 2B Chg, Il | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): P. O. Box 5399 Chg, Il 60680-5399 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) ☐ Railroad | | ☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13 |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☐ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See C |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☑ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ti ☐ |
|---|---|---|---|---|---|---|---|

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/14/2005
Time: 20:57:51
Debtor: LEOTHA A JONES
Case: 05-56419       Fee : 35
Chapter: 13 Rec. # : 3142099
Judge: Jack Schmetterer
341 mtg: 12/01/2005 @ 01:30PM
ConfHrg: 12/21/2005 @ 11:30AM
Trustee: TOM VAUGHN

1:05BK56419-BK001

(Official Form 1) (12/03)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: Chg, IL COOK County | Case Number: 03-B-17674 | Date Filed: 4-21-2003 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: NONE | Date Filed: NONE |
|---|---|---|
| District: NONE | Relationship: NONE | Judge: NONE |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Debbra Allen-Jones_
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____NONE_____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____NONE_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _none_
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT

Northern _____ District of _____ Illinois _____

In re Jones, Leatha _____,          Case No. _____
          Debtor                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 01 | $112,527 | | |
| B - Personal Property | Y | 02 | $9,375 | | |
| C - Property Claimed as Exempt | Y | 01 | | | |
| D - Creditors Holding Secured Claims | Y | 01 | | $57,205 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 02 | | $0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 15 | | $83,202 | |
| G - Executory Contracts and Unexpired Leases | Y | 01 | | | |
| H - Codebtors | Y | 01 | | | |
| I - Current Income of Individual Debtor(s) | Y | 01 | | | $4618 |
| J - Current Expenditures of Individual Debtor(s) | Y | 01 | | | $2050 |
| Total Number of Sheets of ALL Schedules ➤ | | 17 | | | |
| Total Assets ➤ | | | $121,902 | | |
| Total Liabilities ➤ | | | | $140,407 | |

Official Form 6-Cont.
(12/03)

In re _Jones Leatha_ ,          Case No. _____
                    **Debtor**                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43 (Forty Three)___
                                                                        *(Total shown on summary page plus 1.)*
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __10/14/05__          Signature: ___Leatha A Jones___
                                              **Debtor**

Date _____          Signature: _____
                                              *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer          (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date _____          Signature: _____

                                    [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A
(6/90)

In re ___Jones, Leotha Allen___          Case No. _____
       **Debtor**                                          **(If known)**

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2615 melbrook Kankakee, Il | Fee Simple | | $40,323 | $22,513 |
| 290 Hillcrst Kankakee, Il | Fee Simple | | ~~$40,540~~ $36,570 dup | $17,209 |
| 2728 melbrook Kankakee, Il | Fee Simple | | ~~$35,000~~ $35,634 dup | $18,000 |
| | | | Total► | 112,527 |

Total►  
(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re __Jones, Leotha Al.__                Case No. _____
         Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $175 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ✓ | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✓ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | 2,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✓ | | | 200 |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | ✓ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✓ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✓ | | | |
| 10. Annuities. Itemize and name each issuer. | ✓ | | | |

FORM B6B-Cont.
(10/89)

In re <u>Jones, Leothr Allen</u>,                    Case No. _____
             Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | | | 7000 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | ✓ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✓ | | | |
| 15. Accounts receivable. | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | ✓ | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | ✓ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ✓ | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | ✓ | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | ✓ | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | ✓ | | | |

FORM B6B-cont.
(10/89)

In re _____,        Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ✓ | | | |
| 24. Boats, motors, and accessories. | ✓ | | | |
| 25. Aircraft and accessories. | ✓ | | | |
| 26. Office equipment, furnishings, and supplies. | ✓ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ✓ | | | |
| 28. Inventory. | ✓ | | | |
| 29. Animals. | ✓ | | | |
| 30. Crops - growing or harvested. Give particulars. | ✓ | | | |
| 31. Farming equipment and implements. | ✓ | | | |
| 32. Farm supplies, chemicals, and feed. | ✓ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ✓ | | | |

_____ continuation sheets attached          Total ▶   $9,375.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re _Jones Leotha Allen_
　　　　Debtor

Case No. _____
　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than
in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from
process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | 735 ILCS 5-12-1001 (B) | $175 | $175 |
| Household Goods & Furnishy | 735 ILCS 5-12-1001 (B) | $18,500 | $2,000 |
| Wearing Apparel | 735 ILCS 5-12-1001 (A) | $200 | $200 |
| Pension | 735 ILCS 5-12-1006 | $7,000 | $7000 |

FORM B6D
(6/90)

In re _Jones, Leotha A.,_        Case No. _____
        Debtor                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~00~~ 106 1421 ~~2215~~ ~~805555810i~~ ~~Countywide~~ P O Box 650411 DALLAS, TX 75265~0411 | | | 1980 1st Mortgage ~~470 323~~ VALUE $ | | | | ~~23,873~~ 22,513 | 0,0 |
| ACCOUNT NO. 00106 1421 Countywide 2728 mellbur P.O. Box 650411 DALLAS, TX 75265-0411 | | | 1984 1st Mortgage 35,634 VALUE $ | | | | 18,000 | 0,00 |
| ACCOUNT NO. ~~001~~ 5575~~-~~003 ~~240~~ Commonwealth Credit 70 Meadow View Center KANKAKEE, IL | | | 36,570 VALUE $ | | | | 16,692 | 0,00 |
| ACCOUNT NO. | | | VALUE $ | | | | | 0,00 |

_____ continuation sheets attached

                                           Subtotal ▶   $57,205
                          (Total of this page)
                                       Total ▶   $
                          (Use only on last page)

                                (Report total also on Summary of Schedules)

Form B6E
(Rev.4/01)

In re  Leotha Allen Jones
_____
                    Debtor

Case No._____
                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

Form B6B
(Rev.4/01)

In re _Leotha Allen Jones_,
Debtor

Case No._____
(if known)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

FORM B6F - Cont.
(10/89)

In re _Jones, Leotha Allen_ ,                   Case No. _____
        **Debtor**                                              **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> NiCor Services/ NiCor Solutions P.O. Box 2020 AURORA, IL 60507-2020 | | | 200 ⁰⁴ 2003 | | | | $ 200 |
| ACCOUNT NO. <br> MEDICAID Municipal Trust: SNJ 720 main St NW BURBNAIS, IL | | | 463 ⁰⁴ 2003 | | | | $ 463 |
| ACCOUNT NO. <br> LeBlebwan, Raffibar 401 Wall KanKakee, IL | | | 400 2002-03 | | | | $ 400 |
| ACCOUNT NO. <br> Fed Ex P.O. Box 94515 Palentine, IL 60094 | | | 100 2002 | | | | $ 100 |
| ACCOUNT NO. <br> PAYDAY Loan Store 154 N. WAbash Chg, IL 60601 | | | 2005 | | | | $ 600 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1763
(Total of this page)
Total ➤ $ 1763
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re  Jovey, Leatha
_____,
                Debtor

Case No. _____
                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5573003 Commonwealth Cn. Edison P.O. Box 2269 Kankakee, Il | | | 2005 CKeAcct | | | | $500 |
| ACCOUNT NO. Tele Check P.O. Box 4513 Houston, TX 77210 | | | 2002-2003 | | | | 250 |
| ACCOUNT NO. SCAN Consumer Referral Service 7805 Hudson Rd Suite 100 Woodbury, Minn 55125 | | | 20004 | | | | $100 |
| ACCOUNT NO. Wexler 500 W Madison Cng, Il | | | 2002 | | | | 100 |
| ACCOUNT NO. Bennett Hentig A-1R 5142 E Susan Rd Burbnaw Il | | | 2001 | | | | 300 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 1250

(Total of this page)

Total ➤  $ 1250

(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6D (6/90) West Group, Rochester, NY

In re _JONES  L_ _____/ Debtor     Case No. _____
                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | c o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: Circuit Court of Kankakee County 21st municipal Court Kankakee, Il Traffic Dept Rm 108 | | 1999 – 2004 Traffic Court violation  Value: | | | | 4,500 | |
| Account No: Circuit Court of the 21st Judicial Circuit Iroquois County | | 2002 Traffic  Value: | | | | 4,000 | |
| Account No: Circuit Court of Cook County, Il Traffic Court 321 N LaSalle Chg, Il 60610-4755 | | 2000 – 20002  Value: | | | | 1,000 | |
| Account No: Karen Farmer 275 E. Court St Suite E, Court St Kankakee, Il | | 2002 Legal Traffic  Value: | | | | 475 | |
| Account No: Com Cast 18020 Oak Park Ave Tinley Park, Il | | 2004 – 20005  Value: | | | | 100 | |
| Account No: CPA LP 13355 Noel Rd Dallas TX 752-4 | | Bills  2001–02  Value: | | | | 2,000 | |
| Account No: Menards 1260 Christine Dr Bradley, Il 60915-127 | | 2003/04 Materials  Value: | | | | 455 | |

Sheet No.1    of  1    continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $   9530
(Total of this page)
Total $   9 530
(Use only on last page. Report total also on Summary of Schedules)

In re *JONES L* _____ / Debtor    Case No. _____
                                                                              (if known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  HHARRIS & HARRIS LTD 600W JACKSON BLVD Suite 400 Chg, IL 60661 | | medical 2000  Value: | | | | 400 | |
| Account No:  T-Mobile P.O Box 742596 Cincinnati OH 45274-2596 | | utility 2004&05  Value: | | | | 300 | |
| Account No:  Cleak of the Cercut Court markham-6th Muncipal Dist 16501 S Kedzie ave markham, IL 60426-5547 | | 2002 Traffic  Value: | | | | | |
| Account No:  Cleak of the Cercut Cout Livingston County Traffic Depd Pontiac, IL | | 1996 - 98 Traffic  Value: | | | | | |
| Account No:  Cleak of the Cercut Court of Will County Joliet, IL | | 2001  Value: | | | | $600 | |
| Account No:  Michigan Storage 368 S. Michigan ave Bradley, IL | | Rental 2004  Value: | | | | $600 | |
| Account No:  Value: | | | | | | | |

Sheet No.1    of  1    continuation sheets attached to Schedule of Creditors

Holding Secured Claims

Subtotal $  1900
(Total of this page)  1900

Total $ _____
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (6/90) West Group, Rochester, NY

In re _JONES  L_____/ Debtor    Case No. _____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | c o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| **Account No:** Chicago State Un 9501 S. Kins ble Chg, Il | | Value: | | | | 1800 | |
| **Account No:** CARSON Pirie Scott 1602 State Route 50 North BRADLEY, Il | | $ 200 1995 Value: | | | | 200 | |
| **Account No:** Latimer And O'Conner 729 W Bradway Bradley, Il | | TAX Prepare 2001-02 Value: | | | | 1,000 | |
| **Account No:** WA llmsert 1260 N Kinzie Av BRadley, Il | | 2001-03 Value: | | | | 100 | |
| **Account No:** | | Value: | | | | | |
| **Account No:** | | Value: | | | | | |
| **Account No:** | | Value: | | | | | |

Sheet No.1   of  1   continuation sheets attached to Schedule of Creditors

Holding Secured Claims

Subtotal $  3100
(Total of this page)  3100

Total $
(Use only on last page. Report total also on Summary of Schedules)

In re _JONES L_ _____ / Debtor      Case No. [illegible]

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** Allied Interstate West, Inc. P.O. Box 5413 Minneapolis MN | | _Medical_ | | | | $ 150.00 |
| Account No: **Creditor # : 2** Ameritech Bill Payment Center P.O. Box 4520 Carol Stream IL 60197-4520 | | _Utility_ | | | | $ 900.00 |
| Account No: **Creditor # : 3** Bank of Pontiac 300 W. Washington Pontiac IL | | _Overdraft_ | | | | $ 900.00 |
| Account No: **Creditor # : 4** Bradley Fire Dept. 147 S. Michigan Bradley IL 60915 | | _Medical Bills_ | | | | $ 200.00 |
| Account No: **Creditor # : 5** City of Chicago Daley Center 50 W. Washington Chicago IL 60902 | | _Parking Ticket_ | | | | $ 700.00 |

3 continuation sheets attached

Subtotal $    2,850.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _JONES  L_____ / Debtor          Case No. ~~05-56419~~ _____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | | | $ 700.00 |
| Account No:<br>Creditor # : 6<br>City of Chicago<br>Dept. of Revenue<br>P.O. Box 88292<br>Chicago  IL 60680 | | Transportation | | | | |
| | | | | | | $ 300.00 |
| Account No:<br>Creditor # : 7<br>Consumers Illinois Water<br>Kankakee IL | | Water bill | | | | |
| | | | | | | $ 3,000.00 |
| Account No:<br>Creditor # : 8<br>Creditor Collections<br>755 Almar Parkway<br>Bourbonnais IL 60914 | | Medical | | | | |
| | | | | | | $ 2,700.00 |
| Account No:<br>Creditor # : 9<br>Donald E. Krause, DDS<br>555 W. Court St.<br>Ste. 102<br>Kankakee IL 60901 | | Dental Services | | | | |
| | | | | | | $ 400.00 |
| Account No:<br>Creditor # : 10<br>Fabrow Private Process Service<br>P.O. Box 446<br>Bourbonnais IL | | Service | | | | |
| | | | | | | $ 200.00 |
| Account No:<br>Creditor # : 11<br>IHC<br>1251 W. Glen Oaks<br>Mequon WI 53092-3378 | | Medical Bills | | | | |
| | | | | | | $ 150.00 |
| Account No:<br>Creditor # : 12<br>Jewell Foods<br>Melrose Park IL | | | | | | |
| | | | | | Subtotal $ (Total of this page) | 7,450.00 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Total $ (Report total also on Summary of Schedules)

In re _JONES L_ _____ / Debtor      Case No. ~~XXXXXXXXX~~
(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 1,000.00 |
| Creditor # : 13 MCI P.O. Box 4452 Bridgeton MO 63044 | | _Telecommunication_ | | | | |
| Account No: | | | | | | $ 200.00 |
| Creditor # : 14 Misbalt Uddin Ahmed 555 W. Court Kankakee IL | | Medical Bills | | | | |
| Account No: | | | | | | $30,000.00 |
| Creditor # : 15 Ni Cor P.O. Box 2020 Aurora IL 60507-2020 | | _utility_ | | | | |
| Account No: | | | | | | $ 200.00 |
| Creditor # : 16 OSI 200 S. Executive, 3rd Floor P.O. Box 93 Brookfield WI 53008 | | Medical Bills | | | | |
| Account No:  10-1416771 | | | | | | $ 132.00 |
| Creditor # : 17 Omni Credit Services, Inc. 333 Bishops Way, Ste. 100 Brookfield WI 53005-6209 | | Medical Bills | | | | |
| Account No:  0024466955-2 | | | | | | $ 65.00 |
| Creditor # : 18 Prime Co. P.O. Box 672110 Dallas TX 75267-2110 | | Communication Services | | | | |
| Account No: | | | | | | $ 100.00 |
| Creditor # : 19 Reed's Rental 907 Indiana Kankakee IL | | Rental Fee | | | | |

Sheet No. __2__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   3**1**,697.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

.In re __JONES L_____ / Debtor  .        Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. 8 7 9 8 40 001 027688<br>AT & T BROADBAND<br>6 Dearborn Sq<br>Kankakee, Il | | Communications | | | | $60 |
| Account No. 2 2 9 2 9 9 7 8 5<br>Voicestream<br>PO Box 742592<br>Cincinnati, OH 45274-2546 | | utility | | | | $400 |
| Account No:<br>Com Ed<br>Bill Payment Center<br>Chicago, Il 60668-0001 | | utility | | | | $700 |
| Account No: 5 2 9 1 - 1 5 2 0 - 4 8 6 2 - 5 5 5 8<br>Capital One Services<br>P.O. Box 6000<br>Seattle WA 98190-6000 | | Medical | | | | $100 |
| Account No:<br>Kankakee Municipal<br>Utility P.O. Box 13<br>Danville Il 61834-0130 | | utility | | | | $6,000 |
| Account No:<br>City of Kankakee<br>385 E Oak<br>Kankakee, Il 60901 | | utility | | | | $2,000 |
| Account No: | | | | | | |

Sheet No. ____ of ____ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  9360
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _JONES  L_____ / Debtor  .    Case No. ~~XXXXXXXXXX~~
                                                                          (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Risk Management Ater 880 Grier Dr Las Vegas NV 8919 | | Medical | | | | 200 |
| **Account No:** 514 5825  ICS PO Box 646 Oak Lawn, Il 60454-668 | | Medical | | | | 100 |
| **Account No:** EPMG of Il PO Box 95968 Oklahoma City, OK 73143-5968 | | Medical | | | | 200 |
| **Account No:** Riverside Medical Center 135 La Salle St Dept 1995 Chicago, Il | | Medical | | | | 100 |
| **Account No:** Money Control Inc 7891 Mission Grove Pkekwny Souoh Suite A Riverside, CA | | Medical | | | | 100 |
| **Account No:** Renuka H Bhatt MS SC 2000 Glenwood Ave Suite 109 Joliet, Il 60435 | | Medical | | | | 140 |
| **Account No:** | | | | | | |

Sheet No. . of ____ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   840
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

in re JONES L _____ / Debtor    Case No. _____
                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Code debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: MCI WorldCom PC Box 7621 Iowa City IA 52244-464 | | utility | | | | 500.00 |
| Account No: Meyer Agency Inc 145 Chestnut PO Box 7 Chebanse Il 60922 | | INS | | | | 200 |
| Account No: Fisher-Swale Eye Center Kankakee, Il | | Medical | | | | 100 |
| Account No: Arrow Financial Ser 2103i Network PL Cng, Il | | Medical | | | | 100 |
| Account No: Charles R Burke CPA 183 N Schuyler one Kankakee, Il 60901 | | Business | | | | 100 |
| Account No: Credit Pac PO Box 967 Tinley Park Il 60477-0767 | | Medical | | | | 100 |
| Account No: Malcolm S Gerald: MD 332 S Michigan ave Suite 514 Chg Il 60601 | | Medical | | | | 100 |

Sheet No. ____ of ____ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 12.00

(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _JONES L_ _____ / Debtor .    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.   H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 531184 Diversified Consultants Inc P O Box 551268 Jacksonville, Fl 32255 | | | | | | 100 |
| Account No: 20486 25558 Capital One Services Inc 11011 W Broad St, RD P.O. Box 26030 Richmond, VA 23260-603 | | | | | | 125 |
| Account No: 803463435 #3-110420 University of Chg Hospital P O Box 70565 Chg, Il 60673-0565 | | Medical | | | | 400 |
| Account No: City of Kankakee C/o Adm. Ads 385 E. Oak Rm 208 Kankakee, Il 6090 | | 2000 - Prea 2005 | | | | 2,000 |
| Account No: Prime CO P O Box 672110 Dallas TX 75267-2110 | | tel ph Bill | | | | 240 |
| Account No: Chg Title Land Trust 171 N Clark LLT Chg Il 6060 | | Title Work | | | | 2400 |
| Account No: | | | | | | |

Sheet No. ___ of ___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 3,465
(Total of this page)
Total $ _____
(Report total also on Summary of Schedules)

In re JONES L _____ / Debtor    Case No. ~~XX XXXXXX~~
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | | | $ 200.00 |
| Account No:<br>Creditor # : 20<br>Riverside Health Care<br>350 N. Wall<br>Kankakee IL 60901 | | Medical | | | | |
| | | | | | | $ 900.00 |
| Account No:<br>Creditor # : 21<br>TeleCheck<br>Governor's State Un.<br>UNIVERSITY PARK, Il | | tuition | | | | |
| | | | | | | $ 900.00 |
| Account No:<br>Creditor # : 22<br>Verizon Wireless<br>777 Big Timber<br>Elgin IL 60123-1488 | | Phone Bill | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. 3 of 3 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    3,000.00
Total $ (Report total also on Summary of Schedules)

In re _JONES  L_ _____ / Debtor .     Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6846449320  bank one Illinois Marked P.O. Box 260180 Baton Rouge, LA 70826-084 | | 2005 CK fees | | | | 500 |
| Account No: 330419  mcc P.O. Box 538 Eau Claire, WI 54702-0538 | | 2004 mursd | | | | 455 |
| Account No: All Accts  Aqua Illinois Inc P O Box 152 1000 S Schuyler | | 2002, 03, 04, 05 utility | | | | 400 |
| Account No: 5407-9150-2318-3012  HSBC P.O. Box 17051 Baltimore MD 21297-1051 | | medical | | | | $370.00 |
| Account No: 138074  CPI P O Box 84 Joliet Il 60434-084 | | Medical 2004 ER | | | | $109.00 |
| Account No: 6163428904  CBCS P O Box 69 Columbus, OH | | utility | | | | 200 |
| Account No: 563 179032 4065  Com ed Bill Payment Center Chg, Il 60668-0001 | | 2004-05 | | | | $563 |

| | |
|---|---|
| Sheet No. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal $  2597 (Total of this page)  2597  Total $ (Report total also on Summary of Schedules) |

In re _JONES  L_ _____ / Debtor .    Case No. _____

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| Account No: ADministartive Adj 385 East OAK Rm 208 KanKaKee, I | | | HO 2004-2005 KA Code Fines | | | | | 3,000 |
| Account No: Block Buster 17211 1220 N KINзie Ave Bradley Il 60915-1135 | | | Rntal Cost | | | | | 200 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. ___ of ___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 3,200
(Total of this page) 3,200

Total $ 83,202
(Report total also on Summary of Schedules)

B6G
(10/89)

In re ___Leatha Allen Jones___          Case No._____
        Debtor                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
    State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    **NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Toni Lincoln 2728 Melbrook Kankakee, Il 60901 | Residential Lease Owner |
| Angela Fondee 290 Hillcrest Kankakee, Il 60901 | Residential Lease Owner |
| Delores Wiggins 2615 Melbrook Kankakee, Il 60901 | Residential Lease Owner |

B6H
(6/90)

In re _Leotha Atkin Jones_ ,                    Case No. _____
      Debtor                                                     (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by
debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case
should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years
immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| none | |

FORM B6I
(6/90)

In re _____ ,                    Case No. _____
            **Debtor**                                              **(If known)**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: S | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES  Shakkie Jones | AGE  17 | RELATIONSHIP  Daughter |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Education | |
| Name of Employer | Chg Public School | |
| How long employed | 6 yd | |
| Address of Employer | 125 S. Clark St  Chg, Il    60690 | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 4500 | $ _____ |
| Estimated monthly overtime | | $ _____ | $ _____ |
| SUBTOTAL | | $ _____ | $ _____ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 853 | $ _____ |
| b. Insurance | | $ 170 | $ _____ |
| c. Union dues | | $ 76 | $ _____ |
| d. Other (Specify:  Last four digits of Soc.Sec.No./Complete EIN or other) Child Support  Pension | | $ 555  83 | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 1767 | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 2733 | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| Income from real property | | $ 1885, | $ _____ |
| Interest and dividends | | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ _____ | $ _____ |
| Social security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| Pension or retirement income | | $ _____ | $ _____ |
| Other monthly income (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| TOTAL MONTHLY INCOME | | $ 1885 | $ _____ |

TOTAL COMBINED MONTHLY INCOME    $ 4618          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(6/90)

In re ___Jones, L___,                                    Case No._____

Debtor                                                                    (if known)

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 400 00 |
| Are real estate taxes included?        Yes _____        No _____ | |
| Is property insurance included?        Yes _____        No ✓ | |
| Utilities      Electricity and heating fuel | $ 50 |
|            Water and sewer | $ 50 |
|            Telephone | $ 70 |
|            Other _____ | $ 30 |
| Home maintenance (repairs and upkeep) | $ |
|            Food | $ 200.00 |
| Clothing | $ 20.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ 30.00 |
| Transportation (not including car payments) | $ 360.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions    Church | $ 240.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|            Homeowner's or renter's | $ |
|            Life | $ |
|            Health | $ 60.00 |
|            Auto | $ |
|            Other _____ | $ Last four digits of Sc |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ ~~150.00~~ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|            Auto | $ |
|            Other _____ | $ |
|            Other _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other  100  Monthly Payment to 3 Mortgage Co's And upkeep fee | $ 1500.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2050.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ 4618.00 |
| B.  Total projected monthly expenses | $ 2050.00   3050 |
| C.  Excess income (A minus B)    $ 525 00 | $ 1568.00  1568 |
| D.  Total amount to be paid into plan each ~~1050~~ Bi Weekly 26 times/YR (interval) | $ ~~1050.00~~ 40,800 |

Form 7
(12/03)

## FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

**Northern**    **DISTRICT OF**    **ILLINOIS**

In re: _Leothe Allen Jones_    Case No. _____
(Name)    Debtor      (if known) _Chapter 13_

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE (if more than one)

2003   50,000     CPS Chg Public Sch.
2004   53,000     CPS
2005   44,500     CPS

2

**2.   Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                       SOURCE

oo0                                                          Rental Income

---

**3.   Payments to creditors**


a.

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR        DATES OF        AMOUNT        AMOUNT
                                    PAYMENTS        PAID          STILL OWING

            NONE

---


b.

List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR        DATE OF         AMOUNT        AMOUNT
AND RELATIONSHIP TO DEBTOR          PAYMENT         PAID          STILL OWING

            None

---

**4.   Suits and administrative proceedings, executions, garnishments and attachments**


a.

List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

CAPTION OF SUIT                                     COURT OR AGENCY        STATUS OR
AND CASE NUMBER        NATURE OF PROCEEDING          AND LOCATION          DISPOSITION

            None

3

 b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5.  Repossessions, foreclosures and returns**

 List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6.  Assignments and receiverships**

 a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

4

**7.  Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.   Payments related to debt counseling or bankruptcy**



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.  Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

**11.  Closed financial accounts**


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14.  Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☑ a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME            NAME AND ADDRESS            DATE OF        ENVIRONMENTAL
AND ADDRESS          OF GOVERNMENTAL UNIT        NOTICE         LAW

---

None ☑ b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME            NAME AND ADDRESS            DATE OF        ENVIRONMENTAL
AND ADDRESS          OF GOVERNMENTAL UNIT        NOTICE         LAW

7

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
       respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
       was a party to the proceeding, and the docket number.

       NAME AND ADDRESS                DOCKET NUMBER          STATUS OR
       OF GOVERNMENTAL UNIT                                  DISPOSITION

---

**18 . Nature, location and name of business**

None  a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
       and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
       executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six
       years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of
       the voting or equity securities within the **six years** immediately preceding the commencement of this case.
              If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
       businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
       percent or more of the voting or equity  securities, within the **six years** immediately preceding the
       commencement of this case.
              If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
       businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
       percent or more of the voting or equity securities within the **six years** immediately preceding the
       commencement of this case.

|       | TAXPAYER | | | BEGINNING AND ENDING |
| NAME | I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | DATES |

---

None b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
       defined in 11 U.S.C. § 101.

       NAME                          ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an
officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in
business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

      NAME AND ADDRESS                                     DATES SERVICES RENDERED

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME                     ADDRESS                     DATES SERVICES RENDERED

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

      NAME                                       ADDRESS

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

      NAME AND ADDRESS                                 DATE ISSUED

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                    DOLLAR AMOUNT OF INVENTORY

      DATE OF INVENTORY       INVENTORY SUPERVISOR       (Specify cost, market or other basis)

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                              NAME AND ADDRESSES OF CUSTODIAN

      DATE OF INVENTORY                                     OF INVENTORY RECORDS

9

### 21 . Current Partners, Officers, Directors and Shareholders

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☑       partnership.

NAME AND ADDRESS              NATURE OF INTEREST        PERCENTAGE OF INTEREST

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☑       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
        corporation.

                                                        NATURE AND PERCENTAGE
NAME AND ADDRESS              TITLE                     OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☑       preceding the commencement of this case.

NAME                          ADDRESS                  DATE OF WITHDRAWAL

None  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☐       within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                    DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☑       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

NAME & ADDRESS                                         AMOUNT OF MONEY
OF RECIPIENT,                 DATE AND PURPOSE          OR DESCRIPTION
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL             AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___10/14/05___                Signature _____
                                   of Debtor

Date _____           Signature _____
                                   of Joint Debtor
                                   (if any)

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____           Signature _____

                                   _____
                                   Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

-----------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____           _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                            (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____           _____
  Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*